## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANKENETH CORBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:23-cv-00516-JAR |
| v. ) | |
| ) | |
| BLACK JACK FIRE PROTECTION ) | |
| DISTRICT and DAVID CALHOUN, ) | |
| ) | |
| Defendants. ) | |

## **MOTION FOR WITHDRAWAL OF REPRESENTATION**

COMES NOW Andrea M. Sciarratta and respectfully requests this Court grant her leave to withdraw as attorney of record for Defendants Black Jack Fire Protection District and David Calhoun in the above matter. In support of this request, Counsel states:

1. I have accepted a position with another firm and will no longer be employed by the law firm of Goldberg Segalla, LLP.

2. Attorney John M. Allen of Goldberg Segalla, LLP will continue to represent Defendants Black Jack Fire Protection District and David Calhoun in this matter.

WHEREFORE, Andrea M. Sciarratta respectfully requests this Court grant her leave to withdraw in this matter.

35966322.v1

Respectfully submitted,

GOLDBERG SEGALLA, LLP


By:  /s/ Andrea M. Sciarratta
     Andrea M. Sciarratta, #71162MO
     8000 Maryland Ave., Ste. 640
     St. Louis, MO 63105
     P: 314-446-3357
     F: 314-446-3360
     E: asciarratta@goldbergsegalla.com

*Attorneys for Defendants Black Jack*
*Fire Protection District and*
*David Calhoun*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served through the Court's eFiling system and/or by facsimile, hand delivery, electronic mail, or U.S. Mail, postage prepaid, this 17th day of August, 2023 to all counsel of record.

     /s/ Andrea M. Sciarratta